IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVON A. JACKSON,
   *Plaintiff,*

v.     CIVIL ACTION NO. 18-CV-3492

PHILADELPHIA DEMOCRATIC
PARTY, *et al.*,
   *Defendants.*

# O R D E R

AND NOW, this 21st day of August, 2018, upon consideration of Plaintiff Lavon A. Jackson's motion for leave to proceed *in forma pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The motion for Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, without prejudice**, for lack of standing and failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure, for the reasons stated in the accompanying Memorandum.

4. Jackson is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can demonstrate that he has standing to pursue his claims and set forth a plausible claim for relief. If Jackson files an amended complaint, he shall identify all of the defendants in the caption of the amended complaint and describe in detail the basis for his claims against each defendant. Any amended complaint shall include all of the claims that Jackson seeks to pursue in this action without relying on or referring to other pleadings or

exhibits filed in this matter. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Jackson a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Jackson may use this form to prepare his amended complaint.

6. If Jackson fails to file an amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*