**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAVON A. JACKSON,** | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-3492** |
| | : | |
| **PHILADELPHIA DEMOCRATIC** | : | |
| **PARTY,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 30th day of August, 2018, upon consideration of Plaintiff Lavon A. Jackson's filings, which the Court has construed as his Amended Complaint (ECF Nos. 6-9), it is hereby **ORDERED** that:

1.      The Amended Complaint is **DISMISSED** for the reasons set forth in the accompanying Memorandum.

2.      Jackson is given leave to file a second amended complaint within thirty (30) days of the date of this Order in the event he can set forth a plausible claim for relief regarding his allegation that he was prevented from running for office. If Jackson files a second amended complaint, he shall identify all of the defendants in the caption of the second amended complaint and describe in detail how each defendant prevented him from running for office. Jackson's second amended complaint shall not rely on or refer to other pleadings or exhibits filed in this case. The second amended complaint shall not raise any claims for which Jackson does not have standing, including his generalized grievances about the Democratic Party. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

3.     The Clerk of Court is **DIRECTED** to send Jackson a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.   Jackson may use this form to prepare his second amended complaint.

4.     If Jackson fails to file a second amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
United States District Court, Judge