# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVON A. JACKSON,<br>*Plaintiff,* | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 18-CV-3492** |
| | : |
| PHILADELPHIA DEMOCRATIC<br>PARTY, *et al.*,<br>*Defendants.* | :<br>:<br>: |

## O R D E R

AND NOW, this 11th day of September, 2018, upon consideration of Plaintiff Lavon A. Jackson's *pro se* Second Amended Complaint (ECF No. 13), it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption to reflect that the following are the named Defendants: (1) Philadelphia Democratic Party; (2) Mr. Robert Brady; (3) Mr. Edgar Campbelle; (4) Ms. Sincere Harris; (5) Secretaries and Sergeants-at-Arms; and (6) Ward Leaders for the City and County of Philadelphia.

2. The Second Amended Complaint is **DISMISSED, with prejudice,** for the reasons set forth in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*